**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7394**

TAUBARI OLANYAN LATSON,

        Petitioner - Appellant,

    v.

TERRY O'BRIEN, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, District Judge. (3:13-cv-00028-GMG-JES)

Submitted: December 19, 2013    Decided: December 24, 2013

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Taubari Olayan Latson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taubari Olanyan Latson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition.  We have reviewed the record and find no reversible error.  Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court.  Latson v. O'Brien, No. 3:13-cv-00028-GMG-JES (N.D.W. Va. Aug. 15, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED